# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE D.P., as guardian and next friend of minor plaintiff, JANE DOE M.P., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | Case No: 25-6886 TSH <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM |

IT IS HEREBY ORDERED that:

1. Plaintiffs **JANE DOE D.P** and **JANE DOE M.P** may proceed in this action under pseudonyms.
2. All public filings shall refer to Plaintiffs only by their designated pseudonyms.
3. The parties shall file any unredacted documents containing Plaintiffs' true names under seal, in compliance with Civil Local Rule 79-5 and any applicable standing orders.
4. This Order does not preclude the Court from revisiting the use of pseudonyms at a later stage of the proceedings if circumstances change.

   **IT IS SO ORDERED.**

Dated: August 14, 2025

Thomas S. Hixson
United States Magistrate Judge

1